Joel R. Bryant, Esq. (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Tel:  (619) 239-7900
Fax: (619) 239-7800

Attorneys for Plaintiff, Amy Le Tong

**DENIED**
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LE TONG, an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally,<br><br>DEFENDANTS. | CASE NO:  CV11-04651-EJD<br><br>STIPULATION AND [PROPOSED] ORDER COORDINATING CASES FOR PRETRIAL PURPOSES<br><br>**Date:** March 16, 2012<br>**Time:** 10:00 a.m.<br>**Dept.:** Courtroom 1<br>**Judge:** Honorable Edward J. Davila |

Subject to the Court's review and approval, IT IS HEREBY STIPULATED AND AGREED AND ORDERED as follows:

WHEREAS, this case is one of approximately 93 pending cases which Plaintiff's counsel has filed throughout the United States District Courts in California against Defendant AT&T Mobility Services LLC on behalf of current or former employees based on allegations of unpaid overtime compensation and  violations of the Fair Labor Standards Act.  Currently, Plaintiff's counsel has 11 such cases pending in the United States District Court for the Northern District of California.

WHEREAS, the related actions (collectively, the "Actions") listed in Exhibit 'A' are pending in the United States District Court for the Northern District of California; and,

WHEREAS, counsel for the various Plaintiffs and Defendant have each concluded that it is in the best interests of the respective parties that the Actions be coordinated for pretrial purposes,

1  and proceed as contemplated herein.  Although Defendant has not yet appeared in this action,
2  Defendant will be represented by the firm of Crowell & Moring LLP.  That has been confirmed by
3  Andrew Bagley, Esq. and Wendy Sugg, Esq. of Crowell & Moring LLP.  Crowell & Moring, on
4  behalf of AT&T Mobility Services LLC, has stipulated to the terms provided herein;

5      WHEREAS, it is anticipated that additional related actions may be transferred to, removed
6  to, or filed in this Court; and,

7      WHEREAS, the existence of certain common questions of law and/or fact in the Actions
8  now pending before this Court, the interests of fair and efficient administration of the Actions, the
9  avoidance of unnecessary duplicative efforts and the avoidance of inconsistency in outcomes,
10 warrants the pretrial coordination of the Actions.

11     NOW, THEREFORE, subject to the Court's approval, Plaintiff and Defendant, by and
12 through their counsel of record, respectfully asks the following:

13     (1) All Northern District Actions be coordinated for pretrial purposes to Judge Thelton E.
14 Henderson, who has been assigned the first-filed case (CV11-04508-TEH).

15     (2) All Actions will adopt the due dates of the first-filed case number for Status Reports,
16 Conferences, and other matters.

17
18
19           **GREEN BRYANT & FRENCH, LLP**
20 Dated: January 3, 2012     /s/ Joel R. Bryant
    Joel R. Bryant, Esq.
21     Jbryant@gbflawyers.com
    Attorney for Plaintiff
22     AMY LE TONG

23
24           **CROWELL & MORING LLP**
25 Dated: January 3, 2012     /s/ Wendy A. Sugg
    Wendy A. Sugg
26     WSugg@crowell.com
    Attorney for Defendant
27     AT&T Mobility Services LLC
28

**ORDER**

Pursuant to Stipulation, it is hereby ordered that:

(1) All Northern District Actions be coordinated for pretrial purposes before Judge Thelton E. Henderson, who has been assigned the first-filed case (CV11-04508-TEH).

(2) All Actions will adopt the due dates of the first-filed case number for Status Reports, Conferences, and other matters.

Dated: _____ _____

[DENIED — Judge Edward J. Davila]

The Honorable Edward J. Davila
United States District Court Judge

**ATTESTATION**

I, Joel R. Bryant, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER COORDINATING CASES FOR PRETRIAL PURPOSES.  In compliance with General Order 45.X.B, I hereby attest that Wendy A. Sugg has concurred in this filing.

                                          **GREEN BRYANT & FRENCH, LLP**

Dated: January 3, 2012           /s/   Joel R. Bryant
                                          Joel R. Bryant, Esq.
                                          Jbryant@gbflawyers.com
                                          Attorney for Plaintiff
                                          AMY LE TONG

**EXHIBIT A**

| Plaintiff Name | Date Filed | Case No. | Judge |
|---|---|---|---|
| Carmen Cruz | 09/12/11 | 3:11:CV-04508-TEH | Thelton E. Henderson |
| Tuan Nguyen | 09/20/11 | 3:11:CV-04653-CRB | Charles R. Breyer |
| Colby Diez | 09/20/11 | 5:11-CV-04652-EJD | Edward J. Davila |
| Amy Le Tong | 09/20/11 | 5:11:CV-04651-EJD | Edward J. Davila |
| Alesia Ibe | 09/20/11 | 3:11-CV-04658-EMC | Edward M. Chen |
| Christine Gutierrez | 09/20/11 | 3:11-CV-04549-JSW | Jeffrey S. White |
| Mahsa Afsharpour | 09/20/11 | 5:11:CV-04656-LHK | Lucy H. Koh |
| James Gubatan | 09/20/11 | 5:11-CV-04655-LHK | Lucy H. Koh |
| Richard Ng | 09/20/11 | 5:11-CV-04654-LHK | Lucy H. Koh |
| Natasha Piper | 09/20/11 | 3:11-CV-04550-SI | Susan Illston |
| Jermaine McClain | 10/17/11 | 5:11:CV-05072-EJD | Edward J. Davila |