IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY LE TONG,<br><br>　　　　　　Plaintiff(s),<br>　v.<br>AT&T MOBILITY LLC, et. al.,<br><br>　　　　　　Defendant(s).<br>_____ /<br>AND RELATED ACTIONS.<br>_____ / | CASE NO. 5:11-cv-04651-EJD<br><br>**ORDER RELATING CASES; REFERRING CASES FOR RELATED CASE DETERMINATION** |

### I.   ORDER RELATING CASES

Presently before the court is a sua sponte judicial referral for determination of related case relationship.

The court finds the following cases **are related** to the case captioned above, and that such cases not already assigned to this court shall be re-assigned to this court:

　　5:11-cv-04651 EJD　　Tong v. AT&T Mobility LLC, et. al.

　　5:11-cv-04652 EJD　　Diez v. AT&T Mobility LLC, et. al.

　　5:11-cv-05072 EJD　　McClain v. AT&T Mobility LLC, et. al.

　　5:11-cv-04654 LHK　　Ng v.  AT&T Mobility LLC, et. al.

　　5:11-cv-04655 LHK　　Gubatan v. AT&T Mobility LLC, et. al.

　　5:11-cv-04656 LHK　　Afsharpour v. AT&T Mobility LLC, et. al.

1  Counsel are instructed that all future filings in any reassigned case are to bear the initials of
2  this court (EJD) immediately after the case number.  Any case management conference in any
3  reassigned case will be rescheduled by the court.  The parties shall adjust the dates for the
4  conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26
5  accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must
6  be renoticed by the moving party before this court.  Any deadlines set by the ADR Local Rules
7  remain in effect, as well as any deadlines established in a case management order, except for dates
8  for appearance in court.

## II. RELATED CASE REFERRAL

10  Pursuant to Civil Local Rule 3-12(c), the six cases listed in the preceding section, having
11  now been related by this court, are hereby referred to the Honorable Thelton E. Henderson for a
12  determination as to whether they are related to <u>Cruz v. AT&T Mobility LLC, et. al.</u>, Case No. 3:11-
13  cv-04508 TEH, an action currently pending before Judge Henderson.

**IT IS SO ORDERED.**

Dated: January 9, 2012



EDWARD J. DAVILA
United States District Judge

---

2
CASE NO. 5:11-cv-04651-EJD
ORDER RELATING CASES; REFERRING CASES FOR RELATED CASE DETERMINATION